Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SHAFFER, | ) | No. EDCV 07-1142 SS |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
|    v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND EIGHT HUNDRED DOLLARS and 00/cents ($2,800.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.   3/20/09                  /S/

    DATED: _____   _____
                                      HON. SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE